I XXV MMVII

U.S. Dept. of Labor
200 Constitution Ave., N.W.
Washington, D.C. 20210

Re: Freedom of Information Act Request

Attn: Elaine L. Chao

Ms. Chao:

      This is a request under the Freedom of Information Act. I request that a copy of the contract entered into by and between the U.S. Department of Labor and the State of Louisiana for job training for entry level positions in the hospitality industry being administered by Minact, Inc.

      I request a waiver of all fees for this request. Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to the public understanding of the benefits that clients are to receive along with the requirements and objectives of the job training program and is not primarily in my commercial interest

      The information will be disseminated by me to individuals who are arriving to the facility for training who do not know what the full entitlements of the program are.

      I ask that my request receive expedited processing because individuals who are seeking this information such as myself are being excluded from the program in violation of Title 7 U.S.C. 2015 &2029.

2600 Florida Blvd.                                         *Leroy*
Baton Rouge, LA 70802                           ------------------------------
504 581 4987

# MINACT, INC.
## LOUISIANA JOB TRAINING PROGRAM

Mr. Derek McSmith
2600 Florida Boulevard
Baton Rouge, LA 70802

January 22, 2007

Dear Mr. McSmith:

Regretfully, based upon review of your file, you are not eligible for participation in the "Hospitality Professional" program through Minact, Inc. LA Job Training Program.

The following is contained in the contract for services between MINACT, INC. and THE REGION 1 WORKFORCE PARTNERSHIP under subheading, Task Group 1: Referral/Eligibility:

> c. Participant eligibility is defined as a person that was living in a disaster area due to Hurricanes Katrina and Rita prior to the storms, is a U.S. citizen or legally able to work in the United States, and if applicable, meets the requirements of Selective Service. Any person not meeting these requirements and/or not able to produce necessary documentation will not be enrolled in the program, and PARISH will not assume any costs associated with training.

Thank you for your interest. Again, we regretfully inform you of this decision.

Sincerely,

Chip Kline
Deputy Director

# Hospitality Professional

**8-Week FREE Educational Program with Job Placement Designed to Prepare Participants for Entry Level Positions in the Hospitality Industry**

**CLASSES BEGIN JANUARY 16, 2007**



**Participants:** Aged 18 or Older, Enjoy Helping Others, Have a Positive Attitude, and Serious About a Hospitality Career (Maximum of 50 Participants)

**Requirements:** Must agree to Drug Testing and Criminal Background Check

Pre-assessment Work Keys/Occupational Testing will be administered on _Tuesday, January 2nd from 4:30PM – 8:00PM_. Part 2/SAGE will be administered on _Friday, January 5th at 8:00AM_. "CANDIDATES MUST BE PREPARED TO STAY ALL DAY!"

**Cost:** FREE (Includes All Instructional Material, Lunch, & Uniforms)

**Course Content:** Entry Level Skills in Hospitality Industry
- Customer Service
- Front Desk and Reservations
- Servsafe Certification
- OSHA Safety
- Computer Skills (Basic Skills, Microsoft Word, Microsoft Excel, & Property Management Systems)
- Housekeeping
- Food Service (Wait Staff, Food Preparation, Catering)

**For More Info.:** Call 225.383.3404
**Co-Sponsors:**


Continuing Education


LA Restaurant Association

Job Corps


LA Department of Labor


THE UNIVERSITY of NEW ORLEANS

Lester E. Kabacoff School of

Exhibit one

2/ The evidence will show that the course application was completed and then screened by the signer of exhibit 2 for eligibility approximately a week prior to plaintiff submitting to a drug test. Moreover, it is common knowledge that plaintiff is not a supporter of the current governor of Louisiana which explains the action taken against Leroy. The current governor supports policies that violates the Louisiana Public Records Act to the extent that Louisiana is not willing to provide a financial accounting of federal dollars that Louisiana has received for hurricane Katrina. Secondly, the governor supports policies that allows individuals receiving monthly benefits from the Department of Social Services who are classified as ABAWD's to receive monthly authorizations without meeting federal guidelines in violation of federal law. Every individual who applies for monthly authorizations in the form of food stamps should be issued a memorandum informing them that they are entitled to free vocational and post-secondary education with support incidental expenses paid with the objective of that individual to no longer have the need to be a client of the Department of Social Services. The philosophy of the current governor goes contrary to the last paragraph of this footnote with regard to the voting electorate that is reflective of the citizens who appear at a local office of the Department of Social Services seeking services in Louisiana. Citizens from Lafayette, Shreveport, Monroe, Lake Charles, Baton Rouge, Alexandria, Chase, Hammond and New Orleans are being denied access to this information.