Case 2:07-cv-01081-MVL-SS   Document 10   Filed 04/13/07   Page 1 of 3

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED APR 1 3 2007
LORETTA G. WHYTE
Clerk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

07-1081 S(1)

Leroy a/k/a Derek L. McSmith     CA#~~07-1213 B (1)~~

V

Tulane University
Lori Jahnke et al     /     AMENDED COMPLAINT

Plaintiff brings this complaint against the above named defendants due to the violation of Title 44 U.S.C. 1909 & Title 44 U.S.C. 1911.

II

Defendant Tulane University may be served via Lance Query at 6329 Freret Street 3rd floor New Orleans, LA 70118. Defendant Lori Jahnke may be served at 6329 Freret Street 3rd floor New Orleans, LA 70118.

III

Plaintiff may be served with all notices, orders and pleadings at 1920 Clio St. New Orleans, LA 70113.

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
     Doc. No. _____

# STATEMENT OF CLAIM FOR WHICH RELIEF MAY BE GRANTED

The relevant United States Code cited on page one of this complaint indicates that depository libraries shall make government publications available for the free use of the general public.

The relevant United States Code cited on page one of this complaint indicates that once a depository library has ceased to be maintained so as to be accessible to the public the relevant individual shall delete the library from the list of depository libraries if the library fails to correct the unsatisfactory condition within six months.

On March 29, 2007 plaintiff attempted to enter the Tulane University law library federal government government publications during hours of restricted access.

The printed policy of the library in order for an individual to view federal government publications during restricted hours of access is to call the circulation desk and ask for admittance.

Plaintiff complied with the printed policy of the library and was denied access by defendant Jahnke for the 4th time since March 2006.

On dates when defendant Jahnke did decide to allow plaintiff access to the library plaintiff was interrogated as to what project he was working on and why he was coming to this library for which defendant Jahnke was informed that plaintiff was at the library to view federal government publications.

As a result, plaintiff seeks an order that requires defendants to comply with the relevant United States Codes or in the alternative have the library taken of the list of depository libraries.

1920 Clio St.
New Orleans, LA 70113
504 581 4987

_____ LeRoy