UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LEROY a/k/a/ DEREK L. SMITH**                **CIVIL ACTION**

**VERSUS**                                     **NO. 07-1081-MVL-SS**

**UNITED STATES AND UNITED
STATES DEPARTMENT OF LABOR**

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the plaintiff's complaint be dismissed with prejudice as legally frivolous under 28 U.S.C. § 1915(e)(2).

New Orleans, Louisiana, this ____16th____ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE