UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEROY a/k/a DEREK L. MCSMITH<br>    Plaintiff | * | CIVIL ACTION NO. 07-1081 |
| | * | SECTION "S" |
| Versus | | |
| | * | DIVISION "1" |
| THE ADMINISTRATORS OF<br>THE TULANE EDUCATIONAL FUND<br>and LORI JAHNKE | * | |

\*   \*   \*   \*   \*   \*   \*

**EX PARTE MOTION FOR EXTENSION**

Defendants, The Tulane Educational Fund and Lori Jahnke, respectfully move for an extension of time within which to formulate responsive pleadings in the above captioned matter. Upon information and belief, Defendants have not been properly served in this matter, but in an abundance of caution, and reserving all defenses, Defendants request that the Court grant Defendants an additional twenty (20) days to file responsive pleadings.

The requested extension is warranted because the responsive pleadings may soon become unnecessary. On April 23, 2007, the Honorable Sally Shushan recommended that this case be dismissed with prejudice in accordance with a previous court order prohibiting Plaintiff from filing actions in this Court without express judicial permission. (P-15). This is Defendants first request for an extension of time.

Accordingly, Defendants respectfully pray that this Motion for Extension of Time be granted.

Respectfully submitted,


___/s Joshua J. Lewis_____
JOSEPH J. LOWENTHAL, JR. (#8909)
JOSHUA J. LEWIS (#29950)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre,  L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-8000
Facsimile: (504) 582-8583

Attorneys for The Administrators of the
Tulane Educational Fund and Lori Jahnke

{N1653327.1}

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEROY a/k/a DEREK L. MCSMITH   *  Plaintiff | | CIVIL ACTION NO. 07-1081 |
| | * | SECTION "S" |
| Versus | | |
| | * | DIVISION "1" |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND and LORI JAHNKE | * | |

\*   \*   \*   \*   \*   \*   \*

## **O R D E R**

Considering the foregoing Motion;

IT IS ORDERED that Defendants, The Administrators of the Tulane Educational Fund and Lori Jahnke, are hereby granted an additional twenty (20) days, or until June 4, 2007, within which to answer or otherwise plead, reserving all rights of said Defendants, including the right to object to the jurisdiction of this Honorable Court.

New Orleans, Louisiana, this _____ day of May, 2007.

{N1653327.1}