UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEROY a/k/a DEREK L. MCSMITH, | * | CIVIL ACTION |
| Plaintiff, | * | NUMBER: 07-1081 |
| v. | * | SECTION: "S" (1) |
| UNITED STATES DEPARTMENT OF LABOR, | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*

**EXPARTE MOTION FOR EXTENSION**
**TO ANSWER OR OTHERWISE PLEAD**

**NOW INTO COURT** comes the United States of America, on behalf of the United States of America, through the undersigned Assistant United States Attorney, and respectfully moves this Honorable Court for an extension of time within which to formulate responsive pleadings in the above captioned matter. Defendants request twenty (20) days within which to answer or otherwise plead to plaintiff's Complaint.

The requested extension is warranted because the responsive pleadings may soon become unnecessary. On April 23, 2007, the Honorable Sally Shushan recommended that

his case be dismissed with prejudice in accordance with a previous court order prohibiting Plaintiff from filing actions in this Court without express judicial permission.  (Rec. Doc. 15).  This is defendant's first request for an extension of time.

Accordingly, defendants respectfully pray that this Motion for Extension of Time be granted.

**WHEREFORE**, the United States of America respectfully requests that an extension of time from May 18, 2007, up to and including June 7, 2007, be granted for filing its responsive pleadings.

          Respectfully submitted,

          JIM LETTEN
          UNITED STATES ATTORNEY

          /s/ Stevens E. Moore
          STEVENS E. MOORE
          Assistant United States Attorney
          Bar Roll No. 14242
          Hale Boggs Federal Building
          500 Poydras Street, Room 210B
          New Orleans, Louisiana  70130
          Telephone:  (504) 680-3061

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on counsel of record for all parties electronically or by first-class mail, postage prepaid, on this 15th day of May, 2007.

 /s/ Stevens E. Moore
STEVENS E. MOORE
Assistant United States Attorney