UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEROY a/k/a DEREK L. SMITH                              CIVIL ACTION

VERSUS                                                  NO:  07-1081-MVL-SS

UNITED STATES AND UNITED STATES
DEPARTMENT OF LABOR

**O R D E R**

The Court, after considering the amended complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the plaintiff's amended complaint be dismissed with prejudice as legally frivolous under 28 U.S.C. § 1915(e)(2).

IT IS FURTHER ORDERED that the Clerk of Court not accept any future **amended** complaint from Leroy a/k/a Derek L. McSmith in any proceeding initiated by him unless the amended complaint is accompanied by advance written permission of a District Judge of this Court granting him leave to file the pleading.

New Orleans, Louisiana, this   5th   day of      July      , 2007.

UNITED STATES DISTRICT JUDGE