UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY a/k/a DEREK L. SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO:  07-1081-MVL-SS** |
| **UNITED STATES AND UNITED STATES DEPARTMENT OF LABOR** | |

### REPORT AND RECOMMENDATION

On July 5, 2007, the District Judge adopted the undersigned's report and recommendation that the amended complaint of the plaintiff, Leroy a/k/a Derek L. Smith, be dismissed with prejudice as legally frivolous under 28 U.S.C. § 1915(e)(2).  A judgment was entered in favor of the defendants, including Tulane University and its employee, Lori Jahnke, dismissing plaintiff's complaint with prejudice.  Rec. doc. 21 and 22.  On June 14, 2007, Tulane University and Ms. Jahnke filed a motion to dismiss, which was referred to the undersigned.  Rec. doc. 22.

IT IS RECOMMENDED that the motion of Tulane University (the Administrators of the Tulane Education Fund) and Mrs. Jahnke (Rec. doc. 22) be dismissed as moot.

### OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure

to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 24th day of July, 2007.

_____<br>
SALLY SHUSHAN<br>
United States Magistrate Judge