UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEROY a/k/a DEREK L. SMITH                                CIVIL ACTION

VERSUS                                                    NO: 07-1081-MVL-SS

UNITED STATES AND UNITED STATES
DEPARTMENT OF LABOR

**O R D E R**

The Court, after the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the defendant, Tulane University (the Administrators of the Tulane Education Fund) and Lori Jahnke, (Rec. doc. 22) is DISMISSED as MOOT. .

New Orleans, Louisiana, this   7th   day of    August    , 2007.

UNITED STATES DISTRICT JUDGE