```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    NOV 27 2007

LORETTA G. WHYTE
   CLERK
```

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-30739

CV 07-1081-S

United States Court of Appeals
Fifth Circuit

**F I L E D**
November 19, 2007

Charles R. Fulbruge III
Clerk

DEREK L MCSMITH, also known as Leroy

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF LABOR; ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND; LORI JAHNKE

    Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 19, 2007, for want of prosecution. The appellant failed to timely file brief and record excerpts.

                              CHARLES R. FULBRUGE III
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                          By: _/s/ Kim Folse_____
                              Kim Folse, Deputy Clerk

                        ENTERED AT THE DIRECTION OF THE COURT

DIS-2

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
               Deputy
New Orleans, Louisiana  11/19/07

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 19, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-30739 McSmith v. USA
       USDC No.  2:07-CV-1081

Enclosed is a certified copy of the judgment issued as the mandate.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

                By: _____
                    Kim Folse, Deputy Clerk
                    504-310-7712

cc: w/encl:
    Mr Derek McSmith
    Mr Joshua John Lewis
    Mr Stevens E Moore

MDT-1